IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:16CR42 - FDW |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| REGINALD DONOVAN RICHARDSON. | ) | |
| | ) | |

For Good Cause shown in the United States Motion to Dismiss the Bill of Indictment, the Court hereby grants the dismissal of the Bill of Indictment in Docket No. 3:16CR42 without prejudice as to Defendant Reginald Donovan Richardson.

SO ORDERED.

Signed: November 16, 2016

Frank D. Whitney
Chief United States District Judge